# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| HAMP CRUM, III, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 2:20-cv-00449-MHH |
| v. ) | |
| ) | |
| FORWARD AIR SOLUTIONS, ) | |
| INC., ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT FORWARD AIR SOLUTIONS, INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Court's Order dated April 8, 2022 (Doc. 40), Defendant Forward Air Solutions, Inc. ("Defendant") files this Renewed Motion for Summary Judgment, moving this Court for summary judgment as to all of Plaintiff Hamp Crum III's claims because there is no genuine issue of material fact as to any claim and, accordingly, Defendant is entitled to judgment as a matter of law. This motion is based upon the pleadings on file, Defendant's Evidentiary Submission in Support of its Renewed Motion for Summary Judgment, and the Memorandum of Law in Support of Defendant's Renewed Motion for Summary Judgment.

|  | */s/ Wesley C. Redmond* |
|---|---|
|  | Jeffrey D. Mokotoff <br> Georgia Bar No. 515472 <br> jmokotoff@fordharrison.com <br><br> FORDHARRISON LLP <br> 271 17th Street, N.W. <br> Suite 1900 <br> Atlanta, GA 30363 <br> Telephone:  (404) 888-3800 <br> Facsimile:   (404) 888-3863 <br> (*Pro Hac Vice Motions to Be Filed*) <br><br> *and* <br><br> Wesley C. Redmond <br> Alabama Bar No. ASB-3666-D30W <br> wredmond@fordharrison.com <br> FORDHARRISON LLP <br> 420 20th Street North <br> Suite 2560 <br> Birmingham, Alabama  35203 <br> Telephone:   (205) 244-5904 <br><br> *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on 5th May, 2022, he electronically filed a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification of such filing to the following attorney of record:

Gregory O. Wiggins, Esq.
Wiggins, Childs, Pantazis, Fisher & Goldbarb LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

*/s/ Wesley C. Redmond*
Wesley C. Redmond

WSACTIVELLP:13071484.1
12:46 PM